UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3986 PA (MANx) | Date | December 2, 2014 |
|---|---|---|---|
| Title | Bozena Klune v. Ashley Furniture Industries, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS — COURT ORDER

Plaintiff Bozena Klune ("Plaintiff") filed a Complaint alleging individual and class claims against defendants Ashley Furniture Industries, Inc., Stoneledge Furniture, LLC, Jag Daswatta, and Does 1-50 ("Defendants") in Los Angeles County Superior Court on April 21, 2014.  The case was removed to this Court on May 23, 2014, and the Court remanded Plaintiff's individual harassment, discrimination, contract, assault and battery, and defamation claims on September 18, 2014.  (Docket No. 39.)  On October 27, 2014, the Court granted a Motion to Strike Plaintiff's Class Allegations.  (Docket No. 49.)

Plaintiff is ordered to show cause in writing, no later than December 16, 2014, why her remaining individual wage and hour claims do not overlap with those before the Court in <u>Ricardo Bermudez Vaquero v. Ashley Furniture Industries, Inc., et al.</u>, No. CV 12-8590 PA (MANx), and, to the extent that certain claims do overlap, why this action should not be stayed with respect to those claims.

IT IS SO ORDERED.