JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOZENA KLUNE, | No. CV 14-3986 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ASHLEY FURNITURE, INC., et al., | |
| Defendants. | |

In accordance with Offer of Judgment presented by defendants Ashley Furniture Industries, Inc., Stoneledge Furniture, LLC, and Jag Daswatta (collectively "Defendants") and the Acceptance of Offer of Judgment filed by plaintiff Bozena Klune ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to judgment on all claims brought against Defendants in the above-entitled matter in the total amount of Forty Seven Thousand, One Hundred and Four Dollars and Eighty Four Cents ($47,104.84), which includes any and all of Plaintiff's damages, claims, penalties, expenses, costs, interest, and any other available relief arising from Plaintiff's wage and hour claims in the above-entitled action, and which is inclusive of Thirty Thousand Dollars ($30,000.00) of Plaintiff's attorneys' fees and costs in this action.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment represents the total amount of any obligation by Defendants to Plaintiff on account of any alleged or potential liability arising from (1) Plaintiff's wage and hour claims (13th through 21st claims) in the above-entitled action ("Klune I") and (2) Plaintiff's wage and hour claims (13th through 23rd claims) in the action pending before the Court entitled Klune v. Ashley Furniture Industries, Inc., et al., Case No. CV 15-1003 PA (FFMx) ("Klune II"), including but not limited to any claims for damages, statutory and civil penalties, unpaid compensation, meal and rest break premiums, indemnification and reimbursement compensation, injunctive relief, as well as any other damages, injunctive relief, penalties, declaratory relief, pre-judgment interest, and attorneys' fees, costs, and expenses of any kind;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that claims 13 through 23 in Klune II are dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall bear full responsibility for the payment of any and all federal, state, and local taxes or contributions which may hereafter be imposed.

The Clerk is ordered to enter this Judgment.

DATED: May 8, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

JS-6